AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | | |
|---|---|---|
| HK EASTONE TRADING LIMITED | ) | |
| *Plaintiff(s)* | ) | |
| v. | ) | Civil Action No.  26-cv-25291 |
| KEEN, INC. | ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To:  *(Defendant's name and address)*

KEEN, INC.
c/o Officer, Managing or General Agent
515 NW 13th Avenue
Portland, Oregon 97209

**A lawsuit has been filed against you.**

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Michael Feldenkrais, Esq.
FELDENKRAIS LAW, P.A.
20533 Biscayne Blvd. #469
Aventura, FL 33180
Telephone: 305-528-9614
mfeldenkrais@gmail.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date:  _____Aug 6, 2026_____

**SUMMONS**

*s/ K. Riles*
_____
Deputy Clerk
U.S. District Courts

Angela E. Noble
Clerk of Court